Robert Thomas, Minor, By Harry Thomas, His Father
and Next Friend, Appellant, v. Peter Siegman,
Appellee.

Gen. No. 9,347.

opinion
filed August 25, 1939. George S. McGaughey and Clarence L. Brown, for
appellant; Gerald C. Snyder, for appellee. Opinion by PRESIDING JUS-
TICE DOVE. "Not to be published in full."